### 2589. LABORD *v.* THE STATE.

POWELL, J. There was enough evidence to authorize the verdict.

*Judgment affirmed*

Indictment for burglary; from Fulton superior court—Judge Roan. March 15, 1910.

Submitted May 3,—Decided May 12, 1910.

*R. R. Shropshire, H. J. Boswell,* for plaintiff in error.

*C. D. Hill, solicitor-general, D. K. Johnston,* contra.